SAN FRANCISCO NAT. BANK v. DODGE. (Circuit Court of Appeals, Ninth Circuit. January 5, 1903.) No. 926. Appeal from the Circuit Court of the United States for the Northern District of California. W. S. Wood, E. S. Pillsbury, and Alfred Sutro, for appellant. Franklin K. Lane, for appellee.

PER CURIAM. It appearing to the court that the case involves the same question determined in case of Nevada Nat. Bank of San Francisco v. Dodge (No. 794) 119 Fed. 57, a decree is entered affirming the decree of the Circuit Court for the Northern District of California.

---

THE SCOW 39 E. (Circuit Court of Appeals, Second Circuit. February 4, 1903.) No. 55. Appeal from the District Court of the United States for the Southern District of New York. Peter S. Carter, for appellants. Samuel A. Park, for appellees. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree of District Court affirmed, with interest and costs.

---

THE SEGURANCA. (Circuit Court of Appeals, Second Circuit. March 12, 1903.) No. 147. Appeal from the District Court of the United States for the Eastern District of New York. Chas. C. Nadal, for appellant. Alfred C. Cocran, for appellee. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Decree affirmed, with interest and costs.

---

TEXAS & P. RY. CO. v. CRUMP & BLACK. (Circuit Court of Appeals, Fifth Circuit. March 17, 1903.) No. 1,217. In Error to the Circuit Court of the United States for the Eastern District of Texas. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges. T. J. Freeman and W. T. Armistead, for plaintiff in error. J. Q. Mahaffey, for defendants in error.

PER CURIAM. As we find none of the assignments of error well taken, nor any reversible error patent on the face of the record, the judgment of the Circuit Court is affirmed.

---

UNITED STATES v. HAM TOY et al. (Circuit Court of Appeals, Second Circuit. March 6, 1903.) No. 119. In Error to the District Court of the United States for the Western District of New York. Chas. H. Brown, for plaintiff in error. Royal R. Scott, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Judgment of District Court affirmed.

---

UNITED STATES v. OIL SEEDS PRESSING CO. (Circuit Court of Appeals, Second Circuit. February 2, 1903.) No. 91. Appeal from the Circuit Court of the United States for the Southern District of New York. J. Frank Lloyd, for the United States. Before WALLACE, LACOMBE, and COXE, Circuit Judges. No opinion. Affirmed in open court. See (C. C.) 114 Fed. 793.